# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0143. JEREMY KINCEY v. BRIAN KEMP, GOVERNOR.

Jeremy Kincey filed a document with the Supreme Court, which that Court docketed as an application for discretionary appeal. Kincey apparently did not include an order with the material he submitted, but the Supreme Court obtained an order on his behalf from the Fulton County Magistrate Court. After ascertaining that it did not have jurisdiction, the Supreme Court transferred the application to this Court.[1] See S23D0234 (Nov. 2, 2022). We, however, lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). This Court may address magistrate court rulings only after they have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

---

[1] Under our Constitution, "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.

Because we have no state or superior court order, we are unable to consider this application. Accordingly, this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    12/06/2022           *
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*